FLOYD R. MOTT, Appellant and Respondent, *v.* GOOD ROADS MACHINERY COMPANY OF NEW YORK, INC., Respondent and Appellant.

Argued May 24, 1951; decided July 11, 1951.

*John A. Murray* and *Gerald W. O'Connor* for appellant and respondent.

*Harold A. Segall* for respondent and appellant.

Judgment of the Appellate Division modified by reversing so much thereof as disallows any commission to plaintiff on the trailer award and by reinstating the allowance thereof, and, as so modified, affirmed, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. FROESSEL, J., dissents and votes to affirm.